United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 22, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-60205
Summary Calendar

_____

BARBARA ANN TYLER,

Plaintiff - Appellee,

versus

WILLIAMSON INDUSTRIES INC.,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
District Court Cause No. 01-CV-380

_____

Before JOLLY, JONES and PRADO, Circuit Judges.[1]

PER CURIAM:

The court has considered the appellant's arguments in light of oral argument, the briefs and pertinent portions of the record. Having done so, we find no reversible error and affirm the judgment of the district court.

AFFIRMED.

_____

[1]Pursuant to 5th Cir. R. 47.5, this Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.